IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEMETRIUS BARBER**                                                                             **PLAINTIFF**

**v.**                                                                             **No. 4:21CV4-NBB-JMV**

**JAMES BURKE, ET AL.**                                                                             **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** as frivolous because it is untimely filed and barred by the doctrines of *res judicata* and collateral estoppel. The dismissal counts as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 1st day of September, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE