IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DEMETRIUS BARBER**   **PLAINTIFF**

v.   No. 4:21CV4-NBB-JMV

**JAMES BURKE, ET AL.**   **DEFENDANTS**

**ORDER DISMISSING AS MOOT PLAINTIFF'S MOTION [26]
FOR VOLUNTARY DISMISSAL**

This matter comes before the court on the motion [26] by the *pro se* prisoner plaintiff to voluntarily dismiss the instant case. As the case has already been dismissed, the instant motion [26] is **DENIED** as moot.

**SO ORDERED**, this, the 25th day of October, 2021.

  /s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE